UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLISON TEPLEY,<br><br>        Plaintiff,<br><br>-against-<br><br>GRO INTELLIGENCE, INC. and SARA MENKER,<br><br>        Defendants. | 24-cv-03075 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Gibson, Dunn & Crutcher LLP ("Gibson Dunn") has moved to withdraw as counsel for Defendant Gro Intelligence, Inc. ("Gro"). ECF No. 27. Gibson Dunn claims that Gro "is insolvent and has terminated operations." *Id.* at 1. Gibson Dunn has provided Gro with notice of this motion and claims that Gro has consented to Gibson Dunn's withdrawal. *Id.* at 3. To permit a ruling on the motion, the Court orders as follows:

1. **By June 17, 2024**, Gibson Dunn shall serve Gro with a copy of this Order and file proof of service on the docket.

2. **By June 24, 2024**, Gro shall file a letter confirming whether it consents to Gibson Dunn's withdrawal as represented in Gibson Dunn's motion. Gibson Dunn is directed to ensure that any response by Gro is filed on the docket.

Gro is advised that, by law, corporations cannot proceed *pro se*. *Jacobs v. Pat. Enf't Fund, Inc.*, 230 F.3d 565, 568 (2d Cir. 2000). Accordingly, in the event that the motion is granted, Gro's failure to retain new counsel may lead to entry of a certificate of default and a default judgment. *See* Fed. R. Civ. P. 55(a).

Dated: June 12, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge