UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLISON TEPLEY,<br><br>       Plaintiff,<br><br>-against-<br><br>GRO INTELLIGENCE, INC. and SARA MENKER,<br><br>       Defendants. | Case No. 1:24-cv-03075 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  By separate order, the Court granted Ira M. Saxe's motion to withdraw as counsel (Dkt. 48) for Defendant Sara Menker in this action. To summarize recent developments: Defendant Menker is now representing herself *pro se*, and a Clerk's Certificate of Default has been entered against Defendant Gro Intelligence, Inc. (Dkt. 45). The Court previously ordered Plaintiff and Defendant Menker to participate in a mediation session by August 30, 2024. Dkt. 42.

  By August 20, 2024, Plaintiff shall submit a letter proposing next steps in the case. In its letter, Plaintiff shall indicate whether the parties will be able to timely comply with the Court's order to mediate.

  By September 13, 2024, Plaintiff shall submit her opposition to the pending motions to dismiss (Dkts. 10, 14).

  Plaintiff shall serve a copy of this Order on Defendant Menker and promptly file proof of service on the docket (no later than by August 20, 2024).

Dated: August 16, 2024
   New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge