# YOUNG & MA LLP

445 Park Avenue  
9th Floor  
New York, NY 10022

P: 646-379-7703  
F: 866-839-4306  
E: tma@youngandma.com

January 28, 2025

VIA ECF  
Honorable Jennifer L. Rochon  
United States District Court  
  for the Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

      Re:    Tepley v. Gro Intelligence, Inc. et al  
             24-cv-03075-JLR

Dear Judge Rochon,

    We represent Plaintiff Allison Tepley in the above-referenced matter. Pursuant to Your Honor's Individual Practices, Section 1(F), we request an adjournment of the conference scheduled for January 30, 2025. Plaintiff's counsel has a class parent event at school that was prescheduled two months ago.

    This is the first request for adjournment.

    Thank you very much for your consideration of this matter.

Very truly yours,

Tiffany Ma

The parties' conference shall be rescheduled for Wednesday, January 29, 2025 at 10:00 a.m.

Dated: January 28, 2025  
       New York, New York

SO ORDERED.

**JENNIFER L. ROCHON**  
**United States District Judge**

www.youngandma.com