UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLISON TEPLEY,<br><br>        Plaintiff,<br><br>-against-<br><br>GRO INTELLIGENCE, INC. et al.,<br><br>        Defendants. | Case No. 1:24-cv-03075(JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The parties shall meet for a pre-trial conference over Microsoft Teams to discuss Plaintiff's counsel's forthcoming motion to withdraw on February 5, 2025 at 11:00 a.m. Plaintiff Allison Tepley should be in attendance for this conference. Plaintiff's counsel is directed to share those log-in credentials with Ms. Tepley. Plaintiff shall also serve a copy of this order on Defendant Menker and promptly file proof of service on the docket. The MS Teams log-in credentials and public access-only line are the same as previously circulated.

Dated: January 30, 2025
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge